


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2013
NOVEMBER 4, 2014 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-cr-00240

                                                18 U.S.C. § 2251(a)
                                                18 U.S.C. § 2251(e)
                                                18 U.S.C. § 2422(b)
JOSHUA MARK TAYLOR              18 U.S.C. § 2252A(a)(2)
                                                18 U.S.C. § 2252A(b)(1)
                                                18 U.S.C. § 2252A(a)(5)(B)
                                                18 U.S.C. § 2252A(b)(2)

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From in or about November 2013, to on or about January 14, 2014, at or near Oak Hill, Fayette County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JOSHUA MARK TAYLOR did knowingly employ, use, persuade, induce, entice, and coerce a minor, whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and knowing and having reason to know that such

visual depiction would be transported and transmitted in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

On or about December 14, 2013, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant JOSHUA MARK TAYLOR did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that is, a visual depiction of a minor, whose identity is known to the grand jury, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by Internet and cellular phone.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about December 15, 2013, at or near Oak Hill, Fayette County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JOSHUA MARK TAYLOR, using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, whose identity is known to the grand jury, to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

On or about December 23, 2013, at or near Oak Hill, Fayette County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JOSHUA MARK TAYLOR did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that is, an image of a minor, whose identity is known to the grand jury, in and affecting interstate commerce by any means, including by Internet and cellular phone.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE

On or about January 19, 2014, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant JOSHUA MARK TAYLOR did knowingly possess material, that is, images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by Internet and cellular phone.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant JOSHUA MARK TAYLOR of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to:

- One (1) iPhone 4 EMC 2430 Model A1387, black in color, Serial Number IC#579C-E2430A;

- One (1) 8GB iPod EMC 2407 Model A1367, silver and white in color, Serial Number CCQHRXH2DNQW; and

- One (1) HP Probook laptop computer, black in color, Serial Number 2CE127018L.

R. BOOTH GOODWIN II
United States Attorney

By: _____
LISA G. JOHNSTON
Assistant United States Attorney